■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v URBELINA GALINDO EMILIANO, Appellant. [666 NYS2d 933] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered July 19, 1995, convicting her of murder in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Harrington, J.), of that branch of the defendant's omnibus motion which was to suppress her statements to law enforcement authorities.

Ordered that the judgment is affirmed.

The record supports the hearing court's finding that the defendant effectively waived her *Miranda* rights (*see, People v Prochilo,* 41 NY2d 759).

Because the defendant failed to request that the court charge the jury on manslaughter in the first degree as a lesser-included offense of murder in the second degree, based on the affirmative defense of extreme emotional disturbance (*see,* Penal Law § 125.25 [1] [a]), the court's failure to so charge did not constitute error (*see,* CPL 300.50 [2]; *People v Goros,* 224 AD2d 444; *People v Feris,* 144 AD2d 691).

The defendant's remaining contentions are without merit. Bracken, J. P., Sullivan, Santucci and Luciano, JJ., concur.